granted. *Mr. Griffith R. Harsh* for petitioner. *Mr. E. J Henning* for respondent.

---

No. 964. BERLIN MILLS COMPANY, *v.* PROCTER & GAMBLE COMPANY. April 28, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Marcus B. May, Mr. John C. Pennie* and *Mr. Melville Church* for petitioner. *Mr. Livingston Gifford, Mr. Thomas B. Kerr* and *Mr. John H. Brickenstein* for respondent. *Mr. Charles E. Hughes* and *Mr. Royall Victor* as *amici curiæ.*

---

## (B). PETITIONS DENIED.

No. 784. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY *v.* O. W. SEAY. March 3, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Thomas P. Littlepage* and *Mr. R. J. Roberts* for petitioner. No appearance for respondent.

---

No. 798. KATE RICHARDS O'HARE *v.* UNITED STATES. March 3, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Chester H. Krum* for petitioner. *The Solicitor General* for the United States.

---

No. 801. FOX TYPEWRITER COMPANY *v.* AUGUST J. OEHRING ET AL. March 3, 1919. Petition for a writ of